In the Matter of the Petition of Merwyn Berkowitz and Marilyn S. Berkowitz, His Wife, To Adopt Baby Boy Spetter, a Minor.

Gen. No. 51,605. (Abstract of Decision.)

First District, Third Division.

October 19, 1967.

Norman S. Rothbart, of Chicago (Irving S. Abrams, of counsel), for appellants; Edward J. McGinnis, guardian ad litem of Baby Boy Spetter, appellee. Opinion by JUSTICE SCHWARTZ. Not to be published in full.